No. 606.   ILLINOIS *v.* ALLEN, 397 U. S. 337;

No. 1223.   MEYER *v.* CITY OF CHICAGO, 397 U. S. 1024;

No. 528, Misc.   CATANZARO *v.* MANCUSI, WARDEN, 397 U. S. 942;

No. 904, Misc.   SHARPE *v.* UNITED STATES, 397 U. S. 1026;

No. 1103, Misc.   RANDO *v.* BETO, CORRECTIONS DIRECTOR, 397 U. S. 1033;

No. 1309, Misc.   BLACKMAN *v.* PENNSYLVANIA, 397 U. S. 1026;

No. 1435, Misc.   URBANO *v.* NEWS SYNDICATE CO., INC., 397 U. S. 1015;

No. 1494, Misc.   VIANDS *v.* COX, PENITENTIARY SUPERINTENDENT, 397 U. S. 1028;

No. 1552, Misc.   HEARD *v.* UNITED STATES, 397 U. S. 1016; and

No. 1676, Misc.   PREWITT *v.* ARIZONA EX REL. EYMAN, WARDEN, ET AL., 397 U. S. 1054.   Petitions for rehearing denied.

No. 995.   AIR LINE PILOTS ASSOCIATION, INTERNATIONAL *v.* PIEDMONT AVIATION, INC., 397 U. S. 926; and

No. 435, Misc.   POPE *v.* CITY AND COUNTY OF PHILADELPHIA ET AL., 397 U. S. 993.   Motions for leave to file petitions for rehearing denied.

No. 1390, Misc.   HOTEL, MOTEL & CLUB EMPLOYEES UNIÓN LOCAL 6 *v.* SHULTZ, SECRETARY OF LABOR, 397 U. S. 970.   Motion for leave to file petition for rehearing denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 1443, Misc.   SAFFIOTI *v.* CATHERWOOD, INDUSTRIAL COMMISSIONER OF NEW YORK, 397 U. S. 956, 1031.   Motion for leave to file second petition for rehearing denied.